FILED
2012 Jan-26 PM 12:51
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 2:11-CV-02764-KOB |
| ) | |
| LAKEISHA PEARSON, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM OF OPINION**

On January 5, 2012, the magistrate judge entered a report and recommendation setting out uncontested facts, conclusions of law, and recommended relief, based on a hearing for a default order against the defaulted defendant, Lakeisha Pearson. The parties have filed no objections.

Based upon a careful consideration of the record, including the entry of default and the hearing transcript, the court adopts the facts, the conclusions of law, and the recommended injunctive relief set out in the report and recommendation as the facts and conclusions of law of the court, and as being the relief to which the plaintiff is due. An appropriate order will be entered.

DONE & ORDERED this 26th day of January, 2012.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE